# EXHIBIT 3



Eric Persson—100% Member

Elko Resorts Operator, LLC

- High Desert Operator LLC
- Red Lion Operator, LLC
- Gold Country Operator, LLC

Eric Persson—100% Member

Colorado Resorts Operator, LLC

- Z Casino Black Hawk Operator LLC
- Grand Z Casino Operator LLC
- Johnny Z Casino Operator LLC

Eric Persson—100% Member

Wendover Resorts Operator, LLC

- Wendover Nugget Operator, LLC
- Red Garter Operator, LLC

Corporate Group 4

Corporate Group 5

Corporate Group 6

Eric Persson— Majority and/or Sole Member

TropicalsmoothieAZ5
TropicalsmoothieAZ4
TropicalsmoothieAZ3
TropicalsmoothieAZ2
TropicalsmoothieAZ1

VeritasfaytheTwo
VeritasfaytheTwelve
Veritasfaythethree
VeritasfaytheTen
VeritasfaytheSeven LLC
VeritasfaytheFourteen
VeritasfaytheEight
Veritasfaythe Inc

Qdobavegas
MVFTwo Series Three
MVFTwo
MVFTen
MVFEight
MVF

Corporate Group 7