# EXHIBIT 4

| | |
|---|---|
| **From:** | Brook Benson <bbenson@lexiconbank.com> |
| **Sent:** | Thursday, March 14, 2024 10:20 PM |
| **To:** | Eric Persson; Jason Bacigalupi; Jeff Seery; John Dailey; John Lyden |
| **Cc:** | Leo Moschioni |
| **Subject:** | [External]:  URGENT: Action Required by 3/21/2024 - Post Payment PPP Loan Review and Request for Documents |
| **Attachments:** | CORPORATE MAX 100X200-7-21-23-ERIC PERSSON.xlsx |

Gentlemen,

We have received 4 notifications of "Post Payment Paycheck Protection Program Loan Review and Request for Documents" from the SBA, (specifically for QdobaVegas, Red Lion Operator, The Royal Club, and VeritasfaytheFourteen)

The SBA is conducting a PPP Post Payment Review, and is currently recommending a "Full Denial" for the following reasons:

- Potential Corporate Group Issues - Borrower, together with its entities that share common ownership, does not appear to meet PPP corporate maximum limits
- Insufficient Documentation - provided to determine if the PPP loan was eligible

A Corporate Group Review includes consideration of all entities that share common ownership, regardless if the loans are forgiven or not. The requested information is intended to enable the SBA to assess the corporate maximum limits.

The SBA defines a Corporate Group as any single individual or multiple investors that invest more than once together and own more than 50% of entities ("commonly owned"). These Corporate Groups are limited to no more than $20 million combined First Draw PPP loans.

Currently, the SBA review has determined that the entities associated with Eric Persson received $32,963,685.00 in PPP loans. (Please note: an entity may have been deemed as not affiliated for the size standard, but still may be part of a common Corporate Group defined solely by common majority ownership). The SBA has identified the following entities/loans as associated:

| Entities | | |
|---|---|---|
| Evergreen Entertainment Corpo | NG Washington II | VeritasfaytheEight |
| Gold Country Operator | NG Washington III | VeritasfaytheFourteen |
| Grand Central Casino, Inc | Pair O'Dice Investments | VeritasfaytheSeven LLC |
| Johnny Z Casino Operator LLC | QdobaVegas | VeritasfaytheTen |
| Maverick Kirkland | Red Garter Operator | VeritasfaytheTen |
| Maverick Kirkland II | Red Lion Operator | VeritasfaytheThree |
| Maverick Tukwila | The Royal Club | VeritasfaytheTwelve |
| MVFTEN | TropicalSmoothieAZ1 | VeritasfaytheTwo |
| MVFTWO | TropicalSmoothieAZ5 | Wendover Nugget Opera |
| MVFTWO SERIES THREE | Utah Trailways Charter Bus Company, LLC | Z Casino Black Hawk Ope |
| NG Washington | Veritasfaythe Inc | |

The SBA is requesting the following:

1

The following documentation is required by the SBA to determine eligibility of the Commonly Owned group(s) for evaluating corporate group limits and other requirements, as applicable:

1.  Please complete the **Corporate Max 2023 spreadsheet** (attached), and include all entities in the corporate group. This spreadsheet will help the SBA gather information to determine if the borrower's PPP loans meet corporate group limits.

- This spreadsheet is to list **all Commonly Owned entities (directly or indirectly) that received PPP Loans**.
- When completing the Corporate Max 2023 spreadsheet, please include: entity names, number of employees for each entity, tax ID (EIN), PPP loan numbers and amounts, and names and percentages of ownership for each individual owner. If the owner is an irrevocable trust, list that entity as the owner. If the owner is a revocable trust, please list the creator of the trust, and individual. If the owner is a company, please list the owner(s) of the company. The SBA needs the individual owners of legal structures to determine corporate groups.
- If an entity shares common ownership with the borrower, the borrower must include them, and any other commonly owned entities, in its responses on the Corporate Mas 2023 spreadsheet. If the borrower does not share common ownership with one or more of the entities identified, the borrower should include the entity in the list and provide a detailed written explanation on a separate sheet identified as an addendum to the Corporate Max 2023 spreadsheet.
- **Borrower must disclose all commonly owned entities with PPP loans, including those listed above and any missing from the list.**

2.  **2018 & 2019 complete, filed and signed Federal Income Tax Returns (unredacted)** for the borrower and all commonly owned entities listed above. **Include all pages and all schedules, with all K-1s.** Draft copies and password protected copies are not acceptable.

3. If you have additional information to address the issues mentioned above, please include it with your response. **Please respond by the end of the day 3/21/2024**.

Please note, the SBA may request additional information, as needed, in the future.

Thank you in advance for your assistance and cooperation with this request. Please let us know if you have any questions.

Thank you,

Brook AC Benson, CRCM
AVP, Operations/Compliance Officer
Direct: (725) 226-8134
Main:  (702) 780-7700
Fax:  (702) 763-6810



Click here to send secure files

*********************************************************************************************

This message contains information that may be confidential or privileged and is intended only for the individual or entity named above.  No one else may disclose, copy, distribute, or use the contents of this message.  Unauthorized use, dissemination, and duplication are strictly prohibited and may be unlawful.

If you received this message in error, please notify us immediately at IT@LexiconBank.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

3