# EXHIBIT 5



2



3

-----------Original Message:

From:   PPP Loan Processing Shared <PPPLoanProcessing@usbank.com>
To:     "sukhui22@live.com" <sukhui22@live.com>
Date:   03/15/2024 01:05:07 PM GMT
Subject: SBA Loan Review: Provide documents within 3 days KEY123

Dear ERIC,

The Small Business Administration (SBA) has selected the First Draw loan for VERITASFAYTHETWO for a Post Payment Paycheck Protection Program (PPP) Loan Review. Even if the SBA previously provided funds for loan forgiveness, you still need to take the following steps during this review, as they may have an impact on your eligibility.

Provide needed documents within 3 days.

To provide documents:
1.      Start a reply to this email.
2.      Attach all documents listed after these instructions.
3.      Send your reply and the attached documents within three days.
4.      Please note: When you reply, don't change any information in the subject line since we use it to track your response.

If you don't provide these documents, the SBA may determine you weren't eligible for a PPP loan.

Please review the SBA's comments below and provide the following to support their review:

SBA is conducting a PPP Post-Payment review of documentation provided for the above referenced PPP loan forgiveness application and companies which share common ownership for First Draw loans. Based on their preliminary findings, the SBA is considering recommending a Full Denial. Please understand this is preliminary and will undergo more processing before reaching a final decision. The SBA is considering this recommendation for the following reason(s):

 * Potential Corporate Group Issues – Borrower, together with its entities that share common ownership, does not appear to meet PPP corporate maximum limits.

4

  * Insufficient Documentation – provided to determine if the PPP loan
    was eligible.


A Corporate Group Review includes consideration of all entities that
share common ownership with the above borrower for First Draw loans,
regardless if the loans are forgiven or not. The requested information
below will enable us to assess the corporate maximum limits.

The SBA defines a Corporate Group as any single individual OR multiple
investors that invest more than once together and own more than 50% of
entities ("Commonly Owned"). These Corporate Groups are limited to no
more than $20 million combined First Draw PPP loans.

Our review has determined that the below entities received First Draw
PPP loans and appear to be part of a Corporate Group, which received
$32,963,685.00 in PPP loans. Please confirm these are commonly owned
entities and include any others not listed. Note that an entity/PPP loan
may have been deemed as not affiliated for the size standard, but still
may be part of a common Corporate Group defined solely by common
majority ownership.

(image)

The following documentation is required to determine eligibility of the
Commonly Owned group(s) for evaluating corporate group limits and other
requirements, as applicable:

 1. Please have the borrower complete the Corporate Max 2023 spreadsheet
    (see attachment), including those listed above and any others not
    listed. This spreadsheet will help us gather information to
    determine if the borrower's PPP loans meet corporate group limits.
      * This spreadsheet is to list all Commonly Owned entities
        (directly or indirectly) that received PPP loans, including
        those already listed above and any missing from this list.
      * When completing the Corporate Max 2023 spreadsheet, please
        include: entity names, number of employees for each entity, tax
        ID (EIN), PPP loan numbers and amounts if applicable, and names
        and percentages of ownership for each individual owner. If the
        owner is an irrevocable trust, list that entity as the owner. If
        the owner is a revocable trust, please list the creator of the
        trust, an individual. If the owner is a company, please list the
        owner(s) of the company. The SBA needs the individual owners of
        legal structures to determine corporate groups.
      * If an entity shares common ownership with the borrower, the
        borrower must include them, and any other commonly owned
        entities, in its responses on the Corporate Max 2023
        spreadsheet. If the borrower does not share common ownership

with one or more of the entities identified, the borrower should include the entity in the list and provide a detailed written explanation on a separate sheet identified as an addendum to the Corporate Max 2023 spreadsheet.
  * Borrower must disclose all commonly owned entities with PPP loans, including those already listed above and any missing from this list.
2. 2018 & 2019 complete, filed and signed Federal Income Tax returns (unredacted) for the borrower and all commonly owned entities listed above, as well as for the entities listed here below. Include all pages and all schedules, with all K-1s. Draft copies and password protected copies are not acceptable.


If you have additional information to support the SBA's review, please include the information and an explanation to support the information provided. SBA may, in the future, request additional information as needed.

Thank you for choosing U.S. Bank.

Sincerely,

SBA Submission Processor
U.S. Bank PPP Forgiveness Review team

View the U.S. Bank Privacy Pledge
U.S. Bank, EP-MN-L20D, 200 South 6th Street, Minneapolis, MN 55402
U.S. BANCORP made the following annotations

---------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

---------------------------------------------------------------------

Ann Persson
Tropical Smoothie Cafe
702.481.3614 - C
702.446.0377 - F
sukhui22@live.com

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.