UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTAH TRAILWAYS CHARTER BUS COMPANY LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 24-1659 (TNM) |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Plaintiffs, Utah Trailways Charter Bus Company LLC, *et al.*, and Defendants, the Small Business Administration, *et al.* (collectively, the "Parties"), by and through their undersigned counsel, respectfully request that the Court continue the stay of proceedings in this case for a period of sixty days, through July 8, 2025, for the Parties to continue to pursue a potentially mutually agreeable resolution without the need for further proceedings.

Plaintiffs filed this suit on June 11, 2024, and served the U.S. Attorney's Office on or about June 12, 2024. Plaintiffs allege violations of the Administrative Procedure Act stemming from the Small Business Administration's ("SBA") denial of Plaintiffs' Paycheck Protection Program loan forgiveness applications. Defendants filed their answer on August 26, 2024, *see* ECF No. 12, and subsequently filed a notice of filing the certification of the administrative record index on September 25, 2024. *See* ECF No. 15. On October 10, 2024, the Parties moved to vacate the initial schedule conference set for October 11, 2024, and to stay proceedings in this case for 90 days, through January 9, 2025, to allow the parties to pursue settlement discussions. *See* ECF No.

16. This Court granted the motion to stay on October 10, 2024. *See* Minute Order (Oct. 10, 2024). The Parties moved to continue the stay on January 8, 2025, through March 10, 2025, *see* ECF No. 17, and this Court granted that motion on January 8, 2025, *see* Minute Order (January 8, 2025). The Parties sought another continuance on March 7, 2025, through May 9, 2025, *see* ECF No. 19, and the Court granted that motion on March 8, 2025, *see* Minute Order (March 8, 2025).

There is good cause to continue the stay for another 60 days, through July 8, 2025. The Parties continue to engage in good faith discussions regarding a mutually agreeable resolution of this case, and the Plaintiffs have recently provided requested documents in support of a potential settlement number, which the government is in the process of reviewing. However, additional time is needed to complete this process and obtain approval to draft and finalize a settlement agreement.

The Parties make this request in good faith and not for the purpose of delay. This is the Parties' fourth request to stay the proceedings. Granting the requested stay will not impact any other deadlines and will serve the interests of justice by affording the Parties a reasonable period of time to determine if the litigation can be resolved without the need for further litigation.

WHEREFORE, the Parties respectfully request that the Court continue the stay of proceedings through and including July 8, 2025. A proposed order is enclosed herewith.

Dated: May 7, 2025                                  Respectfully submitted,

/s/ *Kyle R. Jefcoat*
Kyle R. Jefcoat (Bar No. 492380)
Dean W. Baxtresser (Bar No. 1012089)
Genevieve P. Hoffman (Bar No. 155092)
**Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
kyle.jefcoat@lw.com
dean.baxtresser@lw.com
genevieve.hoffman@lw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

EDWARD R. MARTIN, JR., DC Bar # 481866
United States Attorney

By: /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN
DC Bar # 90021492
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2550

*Attorneys for the United States of America*