UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UTAH TRAILWAYS CHARTER BUS COMPANY LLC, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>           Defendants. | Civil Action No. 24-1659 (TNM) |

**DEBTOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY**

Plaintiffs, Utah Trailways Charter Bus Company LLC, Maverick Kirkland II LLC, Wendover Nugget Operator LLC, NG Washington III LLC, Maverick Lakewood LLC, Maverick Kirkland LLC, Red Garter Operator LLC, Johnny Z Casino Operator LLC, and Gold Country Operator LLC (collectively, the "Debtor Plaintiffs"), by and through their undersigned counsel, respectfully provide the below response to Motion to Stay filed by Defendants, the Small Business Administration, *et al.  See* Dkt. No. 32.

The Debtor Plaintiffs do not support the Motion to Stay.

- 2 -

Dated:  September 30, 2025

Respectfully submitted,

/s/ *Kyle R. Jefcoat*
Kyle R. Jefcoat (Bar No. 492380)
Dean W. Baxtresser (Bar No. 1012089)
Genevieve P. Hoffman (Bar No. 155092)
**Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
kyle.jefcoat@lw.com
dean.baxtresser@lw.com
genevieve.hoffman@lw.com

*Attorneys for Debtor Plaintiffs*

- 2 -