UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTAH TRAILWAYS CHARTER BUS COMPANY LLC, et al., | |
| Plaintiff, | |
| v. | Civil Action No. 24-1659 (TNM) |
| SMALL BUSINESS ADMINISTRATION, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, with each party bearing its own attorneys' fees and costs.

June 29, 2026

**Latham & Watkins LLP**

_/s/ Kyle R. Jefcoat_
Kyle R. Jefcoat (D.C. Bar No. 492380)
Dean W. Baxtresser (D.C. Bar No. 1012089)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
kyle.jefcoat@lw.com
dean.baxtresser@lw.com
genevieve.hoffman@lw.com

JEANINE FERRIS PIRRO
United States Attorney

_/s/ Derrick A. Petit_
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

_Attorneys for the United States of America_

*Attorneys for the Debtor Plaintiffs*

**McGuireWoods LLP**

*/s/ Brandi G. Howard*
Brandi G. Howard (DC Bar No. 156135)
888 16th Street N.W. Suite 500
Washington, D.C. 20006
T: (202) 857-2468
F: (202) 828-3338
bhoward@mcguirewoods.com

**Raines Feldman Littrell LLP**

*/s/ David S. Forsh*
Hamid R. Rafatjoo (pro hac vice)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Tel: (310) 440-4100
hrafatjoo@raineslaw.com

- and -

David S. Forsh (pro hac vice)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Tel: (917) 790-7100
dforsh@raineslaw.com

*Attorneys for the Non-Debtor Plaintiffs*